UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ISAIAH WAIDLER STAYTON, ) <br> a/k/a BENJAMIN ISHIY AH MIRNYY ) <br> DUKHOVNYY VOIN BAY, ) <br>      Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OFFICER K.C. JENNINGS, ) <br> Badge #522, ) <br>      Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 5:15-CV-241-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** the court has reviewed the M&R and the record. The court is satisfied that there is no clear error on the face of the record. Plaintiff's application to proceed in forma pauperis is GRANTED, and plaintiff's complaint is DISMISSED as frivolous. The clerk shall close the case.

SO ORDERED. This 27 day of January 2016.

**This Judgment Filed and Entered on January 28, 2016, and Copies To:**

Isaiah Waidler Stayton, (via US Mail to PO Box 125, 106 East Read Street, Le Roy, MN 55951)

DATE:                                   JULIE RICHARDS JOHNSTON, CLERK
January 28, 2016                    (By) /s/ Nicole Briggeman
                                                     Deputy Clerk